# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA


**MICHAEL D. MCFARLAND**                                    **CIVIL ACTION**

**VERSUS**

**SAFECO INSURANCE COMPANY OF**                  **NO.: 14-00025-BAJ-SCR**
**OREGON, ET AL.**


## RULING AND ORDER


Before the Court is a **Motion to Remand (Doc. 3)**, filed by Plaintiff Michael

D. McFarland, seeking an order from this Court remanding the above-captioned matter

to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of

Louisiana.  Defendants Safeco Insurance Company of Oregon and Nicholas M. Brune

do not oppose the motion.  (Doc. 5.)

On April 1, 2014, United States Magistrate Judge Stephen C. Riedlinger issued

a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending

that Plaintiff's Motion to Remand be granted.  (Doc. 6.)

The Magistrate Judge's Report and Recommendation specifically notified

Defendants that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from

the date of service to file written objections to the proposed findings of fact, conclusions

of law, and recommendations therein.  (Doc. 6, p. 1.)  A review of the record indicates

that Defendants did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's motion, Defendants' memorandum, the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Michael D. McFarland's **Motion to Remand (Doc. 3)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned matter is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 3rd day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**